# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | E1321586 | WALLACE | 9001 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10-29-2021 11:58 PM
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — TITLE 18 SEC. 13 CVC 22500.1
**Place of Offense:** PARKING INFRONT BLDG 3631 NORMAN SCOTT RD SAN DIEGO, CA 92136
**Offense Description; Factual Basis for Charge:** PARKING IN FIRE LANE
HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** 707-409-1440
**Last Name:** MENDOZA
**First Name:** WALFRIDO
**MI:** A
**Street Address:** [redacted]

**Tag No:** NX-507-030  **State:** NV  **Year:** 21  **Make:** TOYOTA COROLLA BLK

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1321586*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident